NG, TAI-WAH & MA, CHEUK-LAM                                CASE # 09-11703

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS        10113
                          60-249 / 433
TID #380380
WILBUR J. (BILL) BABIN, JR.

| Case | Debtor |
|---|---|
| 09-11703 EWM | NG, TAI-WAH |
| 92000243763066 | MA, CHEUK LAM |
| COMBINED SMALL CHECK | |

Date   04/13/2010        $ ***********1.64

~~~One Dollar and 64/100

Pay to the Order of:
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans LA 70130-3386

*[signature]*
WILBUR J. (BILL) BABIN, JR., Trustee

⑆000101113⑆ ⑈043302493⑈ 92000243763066⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227099      - JN
* * C O P Y * *
May 10, 2010
13:28:56

UNC.UNDER$25
09-11703

Debtor.: TAI-WAH NG
Trustee: Wilbur Babin, Jr.
Amount.:              $1.64 CH
Check#.: 10113

Total->  $1.64

FROM: BABIN

5/10/10
Deposited to Treasury
106000.
Due.
Louis G. Lucinotta,
M.C.F.A.C.S